UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PRISCILLA PIERCE,

                Plaintiff,

      - v -

THE CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------x

**MEMORANDUM AND ORDER**

CV-08-1544 (SJ)(VVP)

      The court has reviewed the documents presented by the defendants for *in camera* review pursuant to the court's order. The information provided concerning Officer Lisa is insufficient for the court to determine whether the incidents bearing CCRB numbers 200204986, 200602246 and 200703291 concern allegations of conduct similar to that alleged by the plaintiff here. Accordingly, within ten days the defendants shall produce for further *in camera* review documents from the above CCRB proceedings which provide details concerning the allegations made by the complainants in those proceedings.

      As to Officer Larsen, the documents presented for *in camera* review reflect no allegations of other conduct by him similar to that alleged against him here.

      As to both officers, the documents reflect no allegations of false statements.

                                 *Viktor V. Pohorelsky*
                                 VIKTOR V. POHORELSKY
                                 United States Magistrate Judge

Dated:      Brooklyn, New York
              March 18, 2009